UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                             CASE NO.: 6:12-bk-05009-ABB

Zafer Aydinel
Linda Ann Aydinel,
    Debtor(s).
_____/

___X____  **Chapter 13 Plan**            _____  **Amended Chapter 13 Plan**

    COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1- 59 (May, 2012 – March, 2017) | $ 2,346.25 |
| 60 (April, 2012) | $ 2,352.49 |

    The Debtor(s)(s) shall pay by **money order**, **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

| **Attorney Fees** <br> **Attorney Name** | **Claim** <br> **Amount** | **Payment** <br> **Amount** | **Payment Month** <br> **Numbers** |
|---|---|---|---|
| Paul F. Daley | $ 2,750.00 | $ 500.00 | 1 – 5 |
|  |  | $ 250.00 | 6 |
| Court Monitoring | $ 2,700.00 | $ 50.00 | 7 – 60 |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| **Name of Creditor** | **Claim** <br> **Amount** | **Payment** <br> **Amount** | **Payment Month** <br> **Numbers** |
|---|---|---|---|
| IRS – 2011 Taxes | $ 4,246.00 | $ 70.77 | 1 – 60 |

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Bank of America | $ 88,679.00 | $ 988.80 | 1 – 60 |
| Homestead – Survives | | | |
| SunTrust Bank | $ 16,283.00 | $ 309.15 | 1 – 60 |
| 2007 Hummer @ 5.25% | | | |
| Anson County Prop Tax | $ 409.32 | $ 6.82 | 1 – 59 |
| Vacant Land NC | | $ 6.94 | 60 |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| None | | | |

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Bank of America | $ 988.80 | $ 16.48 | 1 – 60 |
| Homestead – Survives | | | |

**Property to Be Surrendered:**

| Creditor Name: | Property Address/Description: |
|---|---|
| Brevard County Tax | 2570 Oklahoma Street, W. Melbourne FL 32904 Plat Book/Page: 0009/0078, Sub Name: NATIONAL POLICE HOME FOUNDATION INC LOT 4 BLK T |
| Brevard County Tax | 4149 Rolling Hill Drive, Titusville, Florida 32796 Plat Book/Page: 0053/0026, Sub Name: OAKS AT MEADOW WOODS LOT 65 |
| SunTrust Bank | Equipment of ZSA Inc. |
| SunTrust Bank | 4149 Rolling Hill Drive, Titusville, Florida 32796 Plat Book/Page: 0053/0026, Sub Name: OAKS AT MEADOW WOODS LOT 65 |
| SunTrust Bank | 2002 Wellcraft 33 Coastal HIN# WELF9196202 |
| SunTrust Bank | 2570 Oklahoma Street, W. Melbourne FL 32904 Plat Book/Page: 0009/0078, Sub Name: NATIONAL POLICE HOME FOUNDATION INC LOT 4 BLK T |
| Space Coast CU | 2007 Ford Sport Trac, VIN# 1FMEU33877UA04025 |
| Oaks at Meadow Woods HOA | 2570 Oklahoma Street, W. Melbourne FL 32904 Plat Book/Page: 0009/0078, Sub Name: NATIONAL POLICE HOME FOUNDATION INC LOT 4 BLK T |

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| None | | | |

**Executory Contracts:**

**The following Executory Contracts are assumed**

| Name of Creditor: | Description of Collateral: | Month Numbers: |
|---|---|---|
| None | | |

**The following Executory Contracts are rejected**:

| Name of Creditor: | Description of Collateral: |
|---|---|
| None | |

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage**: __100___%**

**Real Estate Taxes:** Property taxes are currently funded and in escrow and shall be paid in accordance with Florida law pursuant to Fla Stat ch 501.137.

Property of the Estate revests in the Debtor(s) upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor(s).

## CERTIFICATE OF SERVICE

I/We hereby certify that a true and correct copy of the Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 30th day of April 2012.

/s/ Paul F. Daley
**PAUL F. DALEY**
7331 Office Park Place
Suite 3
Viera, FL 32940
Florida Bar No.: 25861
Tel (321) 504-9935
Fax (321) 504-9936
Counsel for the Debtor(s)