**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                                                        Case No.: 6:12-bk-05009-ABB

ZAFER AYDINEL and                                                              Chapter 13
LINDA ANN AYDINEL,

     Debtors.
_____/

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 135 West Central Blvd., Suite 950, Orlando, Florida 32801, and serve a copy on the movant's attorney, Ryan C. Reinert, Esquire at Shutts & Bowen, LLP 4301 W. Boy Scout Blvd., Suite 300, Tampa, Florida 33607.
>
> If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**SUNTRUST BANK'S MOTION FOR RELIEF**
**FROM STAY (SURRENDERED PROPERTY)**

SUNTRUST BANK ("Secured Creditor"), by and through its undersigned counsel and pursuant to 11 U.S.C. § 362, files this Motion for Relief from Stay (Surrendered Property) (the "Motion"), and says:

    1.    On or about April 16, 2012, Zafer Aydinel ("Z. Aydinel") and Linda Ann Aydinel ("L.A. Aydinel") (collectively the "Debtors") filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

    2.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a) and 1334. Venue in this jurisdiction is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a

core proceeding under 28 U.S.C. § 157(b). The statutory basis for the relief sought herein is 11 U.S.C. § 362.

3. On or about October 26, 2005, ZSA, Inc. ("ZSA") entered into a loan agreement with Secured Creditor pursuant to which ZSA executed and delivered to Secured Creditor Commercial Note No. 51189965-18 ("Note 18") in the original principal amount of $75,000.00. A true, genuine and correct copy of Note 18 is attached hereto as **Exhibit "A."**

4. Note 18 is secured by the following Security Agreement ("Security Agreement") executed and delivered by ZSA to Secured Creditor on October 26, 2005, in Brevard County, whereby ZSA gave and granted unto Secured Creditor an unconditional and continuing security interest in:

> All assets of [Owner], as more particularly described herein, and including but not limited to, all Accounts, Inventory, furniture, fixtures and Equipment, goods, deposit accounts, instruments, documents, commercial tort claims, letter of credit rights, investment property, chattel paper and General Intangibles (as all such terms are used herein and in the Uniform Commercial Code).

(the "Personal Property"). A genuine, true and authentic copy of the Security Agreement is attached hereto and incorporated herein by reference as **Exhibit "B."** The Personal Property is currently in the possession, custody or control of the Debtors.

5. On or about November 2, 2005, ZSA executed and delivered to Secured Creditor a Commercial Note No. 51189965-26 ("Note 26") in the original principal amount of $226,036.00. A true, genuine and correct copy of Note 26 is attached hereto as **Exhibit "C."**

6. Note 26 is secured by that certain Residential Mortgage and Security Agreement (the "Mortgage") in favor of Secured Creditor executed and delivered by Z. Aydinel, and joined by ZSA on November 2, 2005. The Mortgage granted a security interest in the following described property to Secured Creditor:

>Lot 65, Oaks at Meadow Woods, according to the plat thereof, as recorded in Plat Book 53, Pages 25 through 28, inclusive, of the Public Records of Brevard County, Florida.

(the "Real Property").  A true, genuine and correct copy of the Mortgage is attached hereto as **Exhibit "D."**

7.  On or about March 4, 2011, Secured Creditor instituted an action to, *inter alia*, foreclose its security interest in the Personal Property and Real Property in the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida, Case No. 05-2011-CA-006952 (the "Foreclosure Action").  As of the date of this Motion, Note 18 and Note 26 remain unpaid and due and owing.

8.  On or about June 6, 2012, the Debtors filed their Amended Chapter 13 Plan (Doc. No. 17) ("Plan").  The Plan provides the surrender of the Personal Property and Real Property.

9.  On or about June 19, 2012, the Court entered an Order Confirming Chapter 13 Plan (Doc. No. 26) (the "Order Confirming Plan").  More specifically, the Order Confirming Plan provides, in part, as follows:

>"If a debtor surrenders property, creditors holding secured interests in the surrendered property may seek <u>in rem</u> relief from the automatic stay without payment of the related filing fee provided the motion is served by negative notice and it is titled: Motion for Relief from Stay (Surrendered Property)."

The Affidavit of Surrender of the undersigned is being filed simultaneously herewith.

10.  By this Motion, Secured Creditor seeks the entry of an order providing Secured Creditor with relief from the stay to assert its *in rem* right to continue the foreclosure action to obtain possession of the Personal Property and Real Property, which are currently in the possession of the Debtors.  Secured Creditor is not seeking relief from the stay to seek monetary damages against the Debtors.

WHEREFORE, SUNTRUST BANK, respectfully requests that this honorable Court enter an order: (a) granting it relief from the stay to exercise its *in rem* rights as a secured creditor to take possession of the Personal Property and Real Property by and through the Foreclosure Action pursuant to 11 U.S.C. Section 362(d); and (b) granting such other, further, or different relief as is just and equitable.

DATED: July 23, 2012

                                                       */s/ Ryan C. Reinert*
                                                     RYAN C. REINERT
                                                     Florida Bar No. 0081989
                                                     SHUTTS & BOWEN, LLP
                                                     4301 W. Boy Scout Blvd., Suite 300
                                                     Tampa, Florida  33607
                                                     Telephone:   (813) 229-8900
                                                     Facsimile:      (813) 229-8901
                                                     Email:              rreinert@shutts.com
                                                     Attorneys for SunTrust Bank

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been provided via ☒ First Class U.S. Mail Postage Prepaid, this 23rd day of July, 2012, to the following:

| | |
|---|---|
| Zafer Aydinel | Linda Ann Aydinel |
| 4468 Heaton Park Trail | 4468 Heaton Park Trail |
| Rockledge, FL 32955 | Rockledge, FL 32955 |

All parties on the attached creditors' matrix via U.S. mail.

and via ☒ Electronic Filing, this 23rd day of July, 2012, to the following:

| | |
|---|---|
| Paul F Daley | United States Trustee - ORL7 |
| Daley & Associates, P.L. | 135 W. Central Blvd., Suite 620 |
| 7331 Office Park Place, Suite 3 | Orlando, FL 32801 |
| Melbourne, FL 32940 | |
| | |
| Laurie K Weatherford | All parties receiving CM/ECF notification. |
| Post Office Box 3450 | |
| Winter Park, FL 32790 | |

                                                   */s/ Ryan C. Reinert*
                                                   Ryan C. Reinert

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:12-bk-05009-ABB<br>Middle District of Florida<br>Orlando<br>Mon Jul 23 12:15:36 EDT 2012 | American Express Bank FSB<br>POB 3001<br>Malvern, PA 19355-0701 | Linda Ann Aydinel<br>4468 Heaton Park Trail<br>Rockledge, FL 32955-6760 |
| Zafer Aydinel<br>4468 Heaton Park Trail<br>Rockledge, FL 32955-6760 | Bank of America, N.A.<br>Elizabeth R. Wellborn, P.A.<br>c/o Taji S. Foreman<br>350 Jim Moran Blvd., Suite 100<br>Deerfield Beach, FL 33442-1721 | Brevard County Tax Collector<br>Attn:  Honorable Lisa Cullen, CFC<br>Post Office Box 2500<br>Titusville, FL 32781-2500 |
| SunTrust Bank<br>Attn: Support Services<br>PO Box 85092<br>Richmond, VA 23285-5092 | SunTrust Bank<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | ABRTL, LLC<br>Attn: John Lemkey<br>4747 Executive Dr, Suite 510<br>San Diego CA 92121-3100 |
| American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | Anson County Tax Department<br>101 South Green Street<br>Suite 109<br>Wadesboro, NC 28170-2855 | Bank Of America<br>Attention: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410-8110 |
| Bank Of America<br>Po Box 982238<br>El Paso, TX 79998-2238 | Bank Of America, N.a.<br>450 American St<br>Simi Valley, CA 93065-6285 | Bank of America, N.A.<br>P.O. Box 660933<br>Dallas, TX 75266-0933<br>  Attn: Bankruptcy Department |
| Bluepoints International<br>Fisheries dba<br>Bluepoints Marina<br>726 Scallop Drive<br>Cape Canaveral, FL 32920-4508 | Brevard County Tax Collector<br>Attn:  Lisa Cullen<br>P.O. Box 2500<br>Titusville, FL 32781-2500 | Citibank Usa/Home Depot<br>Citicorp Credit Svcs/Attn: Centraliz<br>Po Box 20363<br>Kansas City, MO 64195-0363 |
| David Hafizi<br>Registered Agent<br>3572 Tipperary Drive<br>Merritt Island, FL 32953-8090 | FIA Card Services, N.A. as successor to<br>Bank of America, N.A. (USA)<br>and MBNA America Bank, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Internal Revenue Service<br>Centralized Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Intl Coll Sv<br>Po Box 2842<br>Tampa, FL 33601-2842 |
| Shutts & Bowen LLP<br>201 S. Biscayne Blvd<br>Suite 1500<br>Miami Center<br>Miami, FL 33131-4328 | Space Coast Credit Union<br>8045 N Wickham Rd<br>Melbourne, FL 32940-7920 | Suntrust<br>P O Box 79079<br>Baltimore, MD 21279-0079 |
| Suntrust Bank<br>Po Box 85052<br>Richmond, VA 23285-5052 | Suntrust Bk<br>Attn: Bankruptcy Division<br>Po Box 85092<br>Richmond, VA 23285-5092 | Suntrust Bk-n Central<br>200 S. Orange Avenue<br>Orlando, FL 32801-3495 |

```
TFLTC LLC                          The Crossings POA                  The Oaks at Meadow Woods
attn: John Lemkey                  5722 S. Flamingo Road              Homeowner Association
4747 Executive Dr Ste 510          Suite 310                          137 S. Courtenay Parkway
San Diego CA 92121-3100            Cooper City, FL 33330-3206         PMB 753
                                                                      Merritt Island, FL 32952-4843


ZSA Inc                            Laurie K Weatherford +             United States Trustee - ORL7/13 7+
2505 Old Nasa Blvd                 Post Office Box 3450               135 W Central Blvd., Suite 620
Melbourne FL 32904                 Winter Park, FL 32790-3450         Orlando, FL 32801-2440



Gilbert Barnett Weisman +          Paul F Daley +                     Taji S. Foreman +
Becket & Lee LLP                   Daley & Associates, P.L.           Law Offices of Elizabeth R Wellborn PA
16 General Warren Blvd             7331 Office Park Place             350 Jim Moran Blvd., Ste 100
P O Box 3001                       Suite 3                            Deerfield Beach, FL 33442-1721
Malvern, PA 19355-0701             Melbourne, FL 32940-8239
```

        The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Arthur B. Briskman              (d)Brevard County Tax Collector    (d)SunTrust Bank
Orlando                            Attn:  Honorable Lisa Cullen, CFC  Attn: Support Services
                                   Post Office Box 2500               PO Box 85092
                                   Titusville FL 32781-2500           Richmond, VA 23285-5092


(d)Suntrust                        (d)Zafer Aydinel                   End of Label Matrix
PO Box 79079                       4468 Heaton Park Trail             Mailable recipients    38
Baltimore, MD 21279-0079           Rockledge, FL 32955-6760           Bypassed recipients     5
                                                                      Total                  43
```