**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re

Zafer and Linda Ann Aydinel

                                        CHAPTER   13
                                        CASE NO.   6:12-bk-05009-ABB

        Debtor(s)
_____/

**MOTION FOR RELIEF FROM STAY BY SUNTRUST BANK, N.A. BY CONSENT**
**(SURRENDERED PROPERTY)**

---

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND FOR HEARING**

     **Pursuant to Local Rule 2002-4, the Court will consider this motion without further notice or hearing unless a party in interest files an objection 21 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Bankruptcy Court 135 W. Central Blvd., Suite 950, Orlando, FL 32801 and serve a copy on the movant's attorney (Nicole M Mariani,Kass Shuler, P.A., P.O. Box 800, Tampa, Florida 33601).**

     **If you file and serve an appropriate objection within the time permitted, and the objection reveals factual or legal issues requiring a hearing, the Court will schedule a hearing and you will be notified. Otherwise, the Court will consider the motion and the responses on the papers without further notice or hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

---

     SUNTRUST BANK, N.A. ("Creditor"), pursuant to §§362(d)(1) and (2) of the Bankruptcy Code, hereby moves this Court for entry of an order granting relief from stay as to the bankruptcy estate and as to the Debtor(s), and states:

     1.     For value received, the Debtor(s) executed and delivered a Promissory Note ("Note") as evidence of indebtedness to Creditor.

     2.     The Debtor executed and delivered a Mortgage to Creditor securing said indebtedness with the following property: **REAL PROPERTY LOCATED: 2570 OKLAHOMA ST. WEST MELBOURNE, FL 32904-6245, LEGALLY DESCRIBED AS: LOT 4, BLOCK T, NATIONAL POLICE HOME FOUNDATION, INC., SUBDIVISION ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 9, PAGE 78, OF THE PUBLIC RECORDS OF BREVARD COUNTY, FLORIDA** ("Collateral").

3. Movant is entitled to enforce the Note and Mortgage. Copies of the relevant loan document(s) are attached hereto as Exhibit "A" & "B".

4. The Debtor(s) defaulted under the terms of the Note and/or Mortgage with Creditor by failing to do the following: make all payments when due.

5. The Debtor(s), and the estate, have made no offer of adequate protection to Creditor regarding Creditor's interest in the Collateral. Creditor, therefore, lacks adequate protection.

6. The Collateral is diminishing and decreasing in value and continues to do so by virtue of the continued use of the Collateral by the Debtor(s) without payments to Creditor.

7. The Debtor(s), and the estate, lack equity in the Collateral.

8. The Collateral is not necessary to an effective reorganization.

9. Creditor asserts sufficient cause exists to waive the requirement of Bankruptcy Rule 4001(a)(3), therefore allowing an Order to be effective upon this Honorable Court's signature. In addition Creditor prays that the Court suspend the Rule in all instances in which there is a Consent on the part of the Debtor(s).

10. The latest Chapter 13 Plan filed by the Debtor(s) provide that the Debtor(s) will surrender the property at issue.

11. The unpaid principal balance due is in the amount of $358,097.97.

12. The account at issue is presently due for the payment due April 12, 2012 and all subsequent payments which have come due through the date of this Motion.

WHEREFORE, Creditor requests that the Court enter an order modifying or terminating the automatic stay as to the Debtor(s) and to the estate to permit Creditor to enforce its in rem contractual and state law remedies as against the Collateral and for such other relief as requested above.

/s/ Nicole M Mariani  
Nicole M Mariani  
Kass Shuler, P.A.  
P.O. Box 800  
Tampa, FL 33601  
Phone: (813) 229-0900 Ext. 1343  
Fax:   (813) 229-3323  
nmariani@kasslaw.com  
Florida Bar No. 69883

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on July 27, 2012, by U.S. Mail and/or electronic mail via CM/ECF pursuant to Local Rule 7005-3 to:  Zafer and Linda Ann Aydinel, 4468 Heaton Park Trail, Rockledge, FL  32955; Paul Daley, Esq., 7331 Office Park Place, Suite 3, Melbourne, FL 32940; Laurie K. Weatherford, Trustee, P.O. Box 3450, Winter Park, FL 32790-3450.

**Rule 7005-3**

**SERVICE BY ELECTRONIC MEANS UNDER RULE 5(b)(2)(D)**

      A party may make service under Rule 5 (b) (2) (D) of the Federal Rules of Civil Procedure through the Court's electronic transmission facilities if the party being served is a Filing User or otherwise consents in writing to electronic service.

                                                /s/ Nicole M Mariani
                                                Nicole M Mariani (x1343)

1212809/jaw