
AYDINEL, ZAFER S.

Record and Return To:
Fiserv Lending Solutions
600A N.JohnRodes Blvd
MELBOURNE, FL 32934

.2

CFN 2006365218, OR BK 5732 Page 9413,
Recorded 12/22/2006 at 04:39 PM, Scott Ellis, Clerk of
Courts, Brevard County
Doc M: $647.50 Int. Tax: $370.00  # Pgs:3

This Modification of Mortgage prepared by:

Name: Diana Bass / 20062641557330 / ILS
Company: SunTrust Bank
Address: 7455 Chancellor Drive, Orlando, FL 32809


SUNTRUST™

## MODIFICATION OF MORTGAGE


TM*

THIS MODIFICATION OF MORTGAGE dated November 29, 2006, is made and executed between ZAFER S AYDINEL, whose address is 2570 OKLAHOMA ST, WEST MELBOURNE, FL 329046245, AND; LINDA A AYDINEL, whose address is 2570 OKLAHOMA ST, WEST MELBOURNE, FL 329046245, HIS WIFE. (referred to below as "Grantor") and SunTrust Bank, whose address is 7455 Chancellor Drive, Orlando, FL  32809 (referred to below as "Lender").

MORTGAGE. Lender and Grantor have entered into a Mortgage dated March 24, 2004 (the "Mortgage") which has been recorded in BREVARD County, State of Florida, as follows:

05-07-2004 in OR/Deed Book 5285 at Page 1020 in the Clerk's Office of (County/City of) BREVARD and State of FL.

The maximum aggregate amount of principal to be secured at any one time is increased:
From:   ONE HUNDRED SEVENTY FIVE THOUSAND DOLLARS AND 00/100
($175,000.00)
To:   THREE HUNDRED SIXTY THOUSAND DOLLARS AND 00/100
($360,000.00).

REAL PROPERTY DESCRIPTION. The Mortgage covers the following described real property located in BREVARD County, State of Florida:

LOT 4, BLOCK T, NATIONAL POLICE HOME FOUNDATION, INC., SUBDIVISION ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 9, PAGE 78, OF THE PUBLIC RECORDS OF BREVARD COUNTY, FLORIDA.

The Real Property or its address is commonly known as 2570 OKLAHOMA ST, WEST MELBOURNE, FL  329046245. The Real Property tax identification number is 28-36-11-01-0000T.0-.

MODIFICATION. Lender and Grantor hereby modify the Mortgage as follows:

("XX" Represents applicable modifications to above referenced mortgage)

XX  WHEREAS, Borrower has requested an increase in the amount of the credit line and Bank has agreed to increase the credit limit, on the terms and conditions set forth herein; and

XX  The Bank hereby agrees to extend the time for payment of the Agreement and Security Instrument and Borrower agrees to pay same and any advances made pursuant to the Access 3 line of credit as set forth in the Renewal Agreement, executed by Borrower on the date hereof, in the amount of the unpaid principal balance of the Agreement, plus accrued interest, costs, and expenses with a maturity date of 11-29-2026. No new monies have been advanced unless the box below is checked.

XX  In order to evidence an increase in the credit line as contained in the Agreement, as contemplated hereby, the Renewal Agreement and the Security Instrument are hereby amended to provide for an increase in the credit limit in the amount of $185,000.00.

XX  The future advance clause contained in the Security Instrument is hereby amended to reflect that the maximum principal amount that may be secured by the lien of the Security Instrument is increased to $720,000.00.

CONTINUING VALIDITY. Except as expressly modified above, the terms of the original Mortgage shall remain unchanged and in full force and effect and are legally valid, binding, and enforceable in accordance with their respective terms. Consent by Lender to this Modification does not waive Lender's right to require strict performance of the Mortgage as changed above nor obligate Lender to make any future modifications. Nothing in this Modification shall constitute a satisfaction of the promissory note or other credit agreement secured by the Mortgage (the "Note"). It is the intention of Lender to retain as liable all parties to the Mortgage and all parties, makers and endorsers to the Note, including accommodation parties, unless a party is expressly released by Lender in writing. Any maker or endorser, including accommodation makers, shall not be released by virtue of this Modification. If any person who signed the original Mortgage does not sign this Modification, then all persons signing below acknowledge that this Modification is given conditionally, based on the representation to Lender that the non-signing person consents to the changes and provisions of this Modification or otherwise will not be released by it. This waiver applies not only to any initial extension or modification, but also to all such subsequent actions.   Grantor hereby ratifies and affirms that Grantor's liability shall continue in full force and effect through and including the Note's now extended maturity date and that Grantor has no defenses, setoffs, or other claims against Lender arising out of this credit facility. If it is determined that any other person or entity other than Lender shall have a lien, encumbrance, or claim of any type which has a legal priority over any term of this Modification, the original terms of the Note and Mortgage shall be severable from this Modification and separately enforceable from the terms thereof as modified hereby in accordance with their original terms, and Lender shall maintain all legal or equitable priorities which were in existence before the date of execution of this Modification. It is understood by and is the intention of the parties hereto that any legal or equitable priorities of Lender over any party which were in existence before the date of execution of this Modification shall remain

**MODIFICATION OF MORTGAGE**
(Continued)

Page 2

in effect after the execution of this Modification.
GRANTOR ACKNOWLEDGES HAVING READ ALL THE PROVISIONS OF THIS MODIFICATION OF MORTGAGE AND GRANTOR AGREES TO ITS TERMS. THIS MODIFICATION OF MORTGAGE IS DATED NOVEMBER 29, 2006.

GRANTOR:

X _____
ZAFER S AYDINEL

X _____
LINDA A AYDINEL

LENDER:

SUNTRUST BANK

X _____
Authorized Signer

---

**INDIVIDUAL ACKNOWLEDGMENT**

STATE OF __Florida__

COUNTY OF __Brevard__         ) SS

The foregoing instrument was acknowledged before me this __30__ day of __November__, 20__06__
by ZAFER S AYDINEL, who is personally known to me or who has produced _____ as identification and did / did not take an oath.

_____
(Signature of Person Taking Acknowledgment)

__Cindy Broome__
(Name of Acknowledger Typed, Printed or Stamped)

__BBRM__
(Title or Rank)

_____
(Serial Number, if any)

*[Notary Seal: CINDY BROOME, MY COMMISSION # DD 164640, EXPIRES: December 7, 2006, Bonded Thru Notary Public Underwriters]*

---

**INDIVIDUAL ACKNOWLEDGMENT**

STATE OF __Florida__

COUNTY OF __Brevard__         ) SS

The foregoing instrument was acknowledged before me this __30__ day of __November__, 20__06__
by LINDA A AYDINEL, who is personally known to me or who has produced _____ as identification and did / did not take an oath.

_____
(Signature of Person Taking Acknowledgment)

__Cindy Broome__
(Name of Acknowledger Typed, Printed or Stamped)

_____
(Title or Rank)

_____
(Serial Number, if any)

*[Notary Seal: CINDY BROOME, MY COMMISSION # DD 164640, EXPIRES: December 7, 2006, Bonded Thru Notary Public Underwriters]*

## MODIFICATION OF MORTGAGE
(Continued)

Page 3

### LENDER ACKNOWLEDGMENT

STATE OF __Florida__ )
                     ) SS
COUNTY OF __Brevard__ )

The foregoing instrument was acknowledged before me this __30th__ day of __Nov.__, 20__06__ by __Cindy Broome__. He or she is personally known to me or has produced _____ as identification and did / did not take an oath.

Sherri L. Bradley
My Commission DD294881
Expires February 29, 2008

__Sherri L Bradley__
(Signature of Person Taking Acknowledgment)

__Sherri L Bradley__
(Name of Acknowledger Typed, Printed or Stamped)

__Notary Public__
(Title or Rank)

_____
(Serial Number, if any)

LASER PRO Lending, Ver. 5.28.00.304 Copr. Harland Financial Solutions, Inc. 1997, 2005. All Rights Reserved. - FL l:\LPRO\CFI\LPL\G201.FC TR-678244 PR-ACCN