UNITED STATES BANKRUPTCY COURT
Middle DISTRICT OF Florida
Orlando DIVISION

In Re:

Zafer Aydinel & Linda Aydinel       Case No. 12-05009

Debtor(s)/Chapter 13

### AFFIDAVIT IN SUPPORT OF MOTION TO LIFT AUTOMATIC STAY

BEFORE ME, the undersigned authority, personally appeared Jennifer Landess who being sworn, deposes and says:

1. I am employed by SUNTRUST BANK.

2. I have personal knowledge of the facts stated herein, and am authorized to make this affidavit on behalf of SUNTRUST BANK.

3. This affidavit is based upon the loan payment records of SUNTRUST BANK. These records are regularly maintained in the course of business, and it is the regular practice to make and maintain these records. These records reflect loan payments that are noted in the records at the time of receipt by persons whose regular duties include recording this information. I maintain these records for the Creditor and regularly use and reply upon them in ther performance of my duties.

4. SUNTRUST BANK has initiated proceedings to lift the automatic stay with respect to collateral more particularly described as:

*See Exhibit A - attached are the loan documents in regards to the addresss of 2570 Oklahoma Street, West Melbourne, FL 32904

5. In accordance with the Retail Installment Contract and Security Agreement (hereinafter "Agreement"), the Debtors fail to make monthly payments to SUNTRUST BANK.

6. The Debtors defaulted under the terms of the Agreement in that the Debtors' account is days past due. The last payment received on this account was 4-11-12, and is now past due 4-12-12 and all subsequent payments.

7. As a result of the Debtor(s) non-payment, the Debtor(s) owe SUNTRUST BANK

   a. Principal balance $358,097.97 as of 7-24-12

b. Accrued interest $5010.10 through 7-24-12
c. Insurance cost paid at Creditor's expense $ N/A .

d. Other expenses:

    Attorney fees & costs  $ N/A
    Late charges  $ 46.11

e. Per diem rate of accrual on this account is $31.7983170

8. SUNTRUST BANK estimates the value of the collateral t be $189,000.00 .

FURTHER AFFIANT SAYETH NAUGHT.

_Jennifer Landess_ (Print)

STATE OF VIRGINIA
~~COUNTY~~ OF Richmond
City

SWORN TO AND SUBSCRIBED before me on July 25th, 2012, by Jennifer Landess , who is personally known to me and who stated to me that the statements made above are true and correct to the best of his/her knowledge.

NOTARY PUBLIC - STATE OF VIRGINIA
Commission Number:

Kayleen Sanchez-Bradshaw
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7340381
My Commission Expires
September 30, 2014